UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT JACKSON

| | |
|---|---|
| TENNESSEE VALUE AUTHORITY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1-05-1063-T |
| ) | |
| MB VALUATION SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |

### ORDER TO ALLOW H. BUCKLEY COLE TO APPEAR *PRO HAC VICE*

MB Valuation Services, Inc.("MBV"), Plaintiff, by and through its attorneys, having filed its Motion to Allow H. Buckley Cole to Appear *Pro Hac Vice* and this Court having considered said motion, finding it to be well taken,

IT IS THEREFORE ORDERED that H. Buckley Cole be admitted into the Western District of Tennessee and that he may appear *pro hac vice* in the above-captioned matter.

This 2nd day of May, 2005.

_James D. Todd_
United States District Judge

Submitted for Entry,

_____
Lawrence R. Ahern, III (BPR #1677)
GREENEBAUM DOLL & MCDONALD, PLLC
700 Two American Center
3102 West End Avenue
Nashville, TN 37203
Telephone: (615) 760-7112
Facsimile:  (615) 760-7312

Attorneys for MB Valuation Services, Inc.

553448_1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 5/5/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CV-01063 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Harriet A. Cooper
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

Lawrence R. Ahern
Greenbaum  Doll & McDonald
700 Two American Center
Nashville, TN 37203

Richard E. Riggs
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

Maureen H. Dunn
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

Honorable James Todd
US DISTRICT COURT