UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT JACKSON

FILED BY _____ DC
05 MAY -3 AM 8: 01
ROBERT R. DI TROLIO
CLERK OF US DIST CT
W/D OF TN-JACKSON

| | |
|---|---|
| TENNESSEE VALLEY AUTHORITY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1-05-1063-T |
| ) | |
| MB VALUATION SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |

### ORDER TO ALLOW DAVID W. HOUSTON, IV TO APPEAR *PRO HAC VICE*

MB Valuation Services, Inc.("MBV"), Plaintiff, by and through its attorneys, having filed its Motion to Allow David W. Houston, IV to Appear *Pro Hac Vice* and this Court having considered said motion, finding it to be well taken,

IT IS THEREFORE ORDERED that David W. Houston, IV be admitted into the Western District of Tennessee and that he may appear *pro hac vice* in the above-captioned matter.

This 2nd day of May, 2005.

_____
United States District Judge

Submitted for Entry,

_____
Lawrence R. Ahern, III (BPR #1677)
GREENEBAUM DOLL & MCDONALD, PLLC
700 Two American Center
3102 West End Avenue
Nashville, TN 37203
Telephone: (615) 760-7112
Facsimile:  (615) 760-7312

Attorneys for MB Valuation Services, Inc.

553442_1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 5/5/05

8

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:05-CV-01063 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Lawrence R. Ahern
Greenbaum  Doll & McDonald
700 Two American Center
Nashville, TN 37203

Richard E. Riggs
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

David W. Houston
GREENBAUM, DOLL, & MCDONALD, PLLC
700 Two American Center
3102 West End Aveue
Nashville, TN 37203

Maureen H. Dunn
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

Harriet A. Cooper
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

H. Buckley Cole
GREENEBAUM, DOLL & MCDONALD, PLLC
700 Two American Center
3102 West End Avenue
Nashville, TN 37203

Honorable James Todd
US DISTRICT COURT